06-60656.or2

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 06-60656-CIV-COOKE-BROWN

**THIS IS A CONSENT CASE**

DORIS PASCHALL, as Director of the Affordable
Housing Authority of the City of Fort Lauderdale,

    Plaintiff,

vs.

THE HOUSING AUTHORITY OF THE
CITY OF FORT LAUDERDALE, et al.,

    Defendants.
_____/

### ORDER RE: PENDING MATTERS

    **THIS MATTER** is before the Court sua sponte. On Tuesday, December 18, 2007, a Pre-Trial Conference was commenced in this case. As a result of the proceedings at that time the following rulings were made:

1. Each side will have fifteen minutes for voir dire.
2. The jury will be given a "clean" copy of the jury instructions.
3. Jurors will be permitted to take notes.
4. Eight jurors will be seated - three peremptory challenges per side.
5. The judge will charge the jury prior to the attorneys giving closing arguments.

    In addition, the parties were given some further matters to consider. Thereafter, on Thursday, December 20, 2007, a telephone hearing was held. As a result thereof the following rulings were made:

1. The court will conduct a Settlement Conference on Monday, January 7, 2008 (the specifics of which will be addressed by separate order.
2. The Pre-Trial Conference (part 2) will be re-scheduled to Wednesday, January 9, 2008, commencing at 2:00 P.M. The parties are reminded that we will consider objections to exhibits, the unbiased paragraph needs to be submitted, as well as the preliminary instructions for the jury.

1

3. Trial is continued to Monday, January 14, 2008. All other provisions of the original trial order remain in force and effect.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 20th day of December, 2007.

STEPHEN T. BROWN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
Andrew DeGraffenreidt, III, Esq.
Neil F. McGuinness, Esq.